NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MOSAIC COMPANY,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**INDUSTRIAL GROUP PHOSPHORITE, LLC,**
*Defendant-Appellant*

**PHOSAGRO PJSC, JSC APATIT,**
*Defendants*

---

2024-1593

---

Appeal from the United States Court of International Trade in Nos. 1:21-cv-00117-JAR, 1:21-cv-00220-JAR, and 1:21-cv-00221-JAR, Senior Judge Jane A. Restani.

-------------------------------------------------

**THE MOSAIC COMPANY,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

**v.**

**PHOSAGRO PJSC, JSC APATIT,**

*Defendants-Appellants*

**INDUSTRIAL GROUP PHOSPHORITE, LLC,**

*Defendant*

————————————

2024-1595

————————————

Appeal from the United States Court of International Trade in Nos. 1:21-cv-00117-JAR and 1:21-cv-00221-JAR, Senior Judge Jane A. Restani.

————————————

**O R D E R**

Upon consideration of PhosAgro PJSC and JSC Apatit's failure to file an opening brief,

IT IS ORDERED THAT:

(1) Appeal No. 2024-1593 and Appeal No. 2024-1595 are deconsolidated. The revised official captions are reflected in this order.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2024-1593.

(3) Appeal No. 2024-1595 is dismissed for failure to prosecute.  *See* Fed. Cir. R. 31(d).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 20, 2024
Date